860

*Homer Cummings* for petitioners. *Assistant Solicitor General Cox, Assistant Attorney General Tom C. Clark, Mr. Robert S. Erdahl* and *Miss Beatrice Rosenberg* for the United States. Reported below: 147 F. 2d 916; No. 1110, 148 F. 2d 332.

No. 1131. MCALLISTER *v.* CITY OF RIESEL. May 21, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Will A. Morriss* for petitioner.

No. 1132. MCALLISTER *v.* CITY OF MOODY. May 21, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Will A. Morriss* for petitioner.

No. 1138. BROTHERHOOD OF LOCOMOTIVE FIREMEN & ENGINEMEN ET AL. *v.* INTERSTATE COMMERCE COMMISSION. May 21, 1945. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Messrs. Frank L. Mulholland, Clarence M. Mulholland* and *Willard H. McEwen* for petitioners.

No. 1165. SHENKO ET AL., ADMINISTRATORS, *v.* JACK COLE TRANSPORTATION Co. May 21, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. B. Nathaniel Richter* for petitioners. *Mr. Austin F. Canfield* for respondent.

No. 1166. GREATER NEW YORK BROADCASTING CORP. *v.* NATIONAL LABOR RELATIONS BOARD. May 21, 1945. Petition for writ of certiorari to the Circuit Court of